IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:08cv340

| | |
|---|---|
| KIMBERLY N. LYNCH, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NOVANT MEDICAL GROUP, INC., d/b/a PRESBYTERIAN REGIONAL HEALTHCARE CORPORATION, | ) |
| Defendant. | ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Sanctions Pursuant to Rule 37(b)(2) [Doc. 18] is **GRANTED**, and the Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

Signed: September 4, 2009

Martin Reidinger
United States District Judge